IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>RAFAEL RAMOS SANTOS &<br>JOHANA MARRERO BOU<br>Debtor | BANKRUPTCY 15-06238 BKT<br>CHAPTER 13<br>*Order Vacating Dismissed 4/17/2017 doc #139* |

CERTIFICATE OF SERVICE & NOTICE of AMENDED PLAN

**I hereby certify** that a copy of *Debtors' Amended Plan dated 4/18/2017* was filed electronically and caused to be sent by CM/ECF to participants therein as follows:

JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com

Ms. Mayra Arguelles, Esq at marguelles@ch13-pr.com , Ms. Alexandria Carrion, Esq. at arodriguez@ch13-pr.com

MIGDALIA EFFIE GUASP for BPPR  megbky@bppr.com, migdalia.guasp@popular.com   migdalia.guasp@popular.com

ROSAMAR GARCIA FONTAN for BAXTER CREDIT UNION
rgarcia@fgrlaw.com rgarcia@ecf.courtdrive.com;acordero@fgrlaw.com; lferran@fgrlaw.com; rcabrera@fgrlaw.com; cmoscoso@fgrlaw.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

SERGIO A RAMIREZ DE ARELLANO for BPPR
sramirez@sarlaw.com, sramirez@ecf.courtdrive.com

EDUARDO M VERAY for BPPR – SPECIAL LOANS eduardo.veray@popular.com   eduardoveray@gmail.com

**Notice will be mailed to those not participants in CmEcf electronic noticing as taken from the Court's Matrix mailing Index obtained on this same date:**

Quantum3 Group LLC for Sadino Funding LLC: PO Box 788 Kirkland WA 98083-0788

Adm Svcs Médicos de PR PO Box 2129 San Juan PR 00922-2129

American Express Centurion Bank Becket & Lee PO Box 3001 Malvern PA 19355 -0701

BC Santander/Santander Consumer USA Santander Consumer USA PO Box 961245

CRIM BANKRUPTCY DIVISION PO BOX 195387 San Juan, PR 00919-5387

1

ELA DEPT OF TREASURY Office 424 B PO BOX 9024140 San Juan PR 00902-4140

Eduardo T Arrieta Igartua Elias A Rodriguez Esq PO Box 1146 Sabana Seca 00952-1146

Ermelinda López Rodríguez PO Box 8550 Humacao PR 00792-8550

GECRB/JC Penney PR Bankruptcy PO Box 103104 Roswell GA 30076-9104

IRS PO BOX 7346 Philadelphia PA 19101-7346

Midland Credit Management Inc PO Box 2011 Warren MI 48090-2011

Municipality of Dorado PO Box 588 Dorado PR 00646-0588

Municipality of Corozal 9 Calle Cervantes Corozal PR 00783-2047

## NOTICE

Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In Caguas, Puerto Rico on the 18th day of April, 2017

*LA Morales*
s/LYSSETTE A MORALES VIDAL
USDC PR #120011
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA, #76 AQUAMARINA
CAGUAS PR 00725-1908
TEL (787)746-2434; FAX 258-2658
E-mail: lamoraleslawoffice@gmail.com

2