# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **RAFAEL RAMOS SANTOS**
**JOHANA MARRERO BOU**
Debtor(s)

CASE NO: 15-06238-BKT

Chapter 13

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **LYSSETTE A MORALES VIDAL\***

Total Agreed: **$8,485.00**    Paid Pre-Petition: **$8,485.00**    Outstanding (Through the Plan): **$0.00**

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☐ Under  ☒ Above Median Income    Liquidation Value: $$30,015.00

Commitment Period is   ☐ 36 months  ☒ 60 months §1325(b)(1)(B)   General Unsecured Pool: $0.00

With respect to the (amended) Plan date: Apr 18, 2017  (Dkt  140)    Plan Base: $61,500.00

The Trustee:  ☒ **DOES NOT OBJECT**  ☐ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: 21 %

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: May 03, 2017

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: 148    Last Claim Verified: 13    CMC: RC